IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK CHARRON,<br><br>  Plaintiff,<br><br>vs.<br><br>JOHN AND JANE DOES (1-20), in his or her official and individual capacity as a North Platte Police Officer;<br><br>  Defendant. | **4:18CV3090**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) This case, including any response to the pending motion to dismiss, [31], is stayed pending further order of the court.

2) The clerk shall set an internal case management deadline on December 28, 2018 using the following language: Confirm Doe defendants are now named parties.

November 21, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge