IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MARK CHARRON, | |
|---|---|
| Plaintiff, | 4:18CV3090 |
| vs. | |
| JOHN AND JANE DOES (1-20); | SHOW CAUSE ORDER |
| Defendants. | |

During a conference call held on November 19, 2018, Plaintiff's counsel requested additional time to identify the names of the Does defendants, representing that FOIA requests would be served and the responsive information would likely be available on or before December 28, 2018.

Plaintiff has not move to amend his complaint or otherwise advised the court as to the identity of the Doe defendants.

Accordingly,

IT IS ORDERED that Plaintiff shall have until January 18, 2019 to show cause why his case against the Doe defendants should not be dismissed for want of prosecution. The failure to timely comply with this order may result in dismissal of this action in its entirety without further notice.

January 2, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge