IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK CHARRON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF NORTH PLATTE, a Nebraska Political Subdivision; et. al;<br><br>　　　　　Defendants. | **4:18CV3090**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) Discovery at this time will be limited solely to the issue of qualified immunity, with deposition discovery limited to the individually named defendants and the plaintiff.

2) Any motion for summary judgment on the issue of qualified immunity shall be filed on or before August 30, 2019.

3) The clerk shall set a case management deadline of September 3, 2019 to determine whether a case progression order to trial can be entered at that time.

Dated this 5th day of June, 2019.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　United States Magistrate Judge